WILLIAM SPOAR, Appellant, *v.* PETER B. McCAGHEY, Respondent.

Submitted February 20, 1939; decided February 28, 1939.

574

*James P. O'Donnell* for motion.

*Francis J. Stewart* and *David E. Snyder* opposed.

Motion for leave to file stipulation granted.

Motion to dismiss appeal granted and appeal dismissed, with costs, and ten dollars costs of motion, unless appellant files the stipulation for judgment absolute within ten days, in which event the motion is denied. (See 280 N. Y. 759.)